**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7902**

ROBERT HENRY GREEN, a/k/a Allah King Wize Rallahamen Allah,

Plaintiff - Appellant,

v.

GERALD PUGH, Unit Manager; S. GRAY, Sergeant,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge.  (2:14-cv-00279-MSD-LRL)

Submitted:  March 17, 2016          Decided:  March 22, 2016

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Henry Green, Appellant Pro Se.  Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Henry Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. Pugh, No. 2:14-cv-00279-MSD-LRL (E.D. Va. filed Nov. 9, 2015 & entered Nov. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED